

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Neal Kronley
neal.kronley@dlapiper.com
T   212.335.4584
F   917.778.8584

December 14, 2021

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *IMC Lending, LLC v. 1301 Ave J LLC*, **No. 21-cv-6660**

Dear Judge Block:

We represent plaintiff IMC Lending, LLC in the above-captioned matter and write in response to Defendant's December 13 letter requesting a pre-motion conference.  (*See* ECF No. 11).

We disagree with the assertions in Defendant's letter and believe that the arguments are without merit.  Despite this, we write to inform the Court that we intend to voluntarily dismiss the action.  As events have evolved, we believe it is in our client's best interests to dismiss the complaint without prejudice to refile.

We appreciate the Court's valuable time and assistance in this matter.

Respectfully submitted,

*/s/ Neal Kronley*

Neal Kronley